**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**MAGDALIA CHAVEZ,** *as next friend of*
**MANUEL GOMEZ,**

      **Plaintiff,**

**v.**                                            **Civ. No. 24-453 JMC/GJF**

**NEW WAVE ENERGY SERVICES, LTD.**
**d/b/a NEW WAVE ENERGY SERVICES**
**GROUP and ALLAN GUTIERREZ,**

      **Defendants.**

## ORDER GRANTING MOTION FOR PROTECTIVE ORDER

This case is before the Court on Defendants' Motion for Protective Order [Dkt. No. 66], in which they seek relief from the obligation to answer two sets of requests for admission served on them by Plaintiff on February 12, 2026. The Motion for Protective Order, which indicates that Plaintiff opposes the motion, was filed on March 12, 2026. Therefore, under Local Rule 7.4(a), Plaintiff's response was due 14 days later, on March 26, 2026. As of the date of filing of this Order, however, Plaintiff has not responded. Under Local Rule 7.1(b), "[t]he failure of a party to file and serve a response in opposition to amotion within the time prescribed for doing so constitutes consent to grant the motion." D.N.M. LR-Civ. 7.1(b). Accordingly, the motion should be granted on the ground that Plaintiff has consented to the motion.

The Court notes, however, that the motion should be granted on substantive grounds as well. Defendants argue that the February 12, 2026, requests for admission are untimely. The original Scheduling Order [Dkt. No. 15] stated that a "A written discovery request must be propounded by a date which ensures that the response to that request is due on or before the discovery deadline." Although the discovery deadline was extended several times, this proviso was never changed. The most recent discovery deadline was March 2, 2026. Under Rule 36(a)(3)

of the Federal Rules of Civil Procedure, a party has 30 days to respond to a request for admission or the matter is deemed admitted. Accordingly, Defendants' responses to the February 12, 2026, requests for admission were due on March 16, 2026[1]—two weeks after the end of the discovery period. Therefore, the requests for admission are untimely because responses were due after the March 2, 2026, discovery deadline. The motion for protective order should be granted on this basis as well.

IT IS THEREFORE ORDERED that Defendants' Motion for Protective Order [Dkt. No. 66] is GRANTED, and Defendants are relieved of the obligation to respond to Plaintiffs' requests for admission served on February 12, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Thirty days after February 12, 2026, is Saturday, March 14, 2026. Under Rule 6(a)(1)(C), that deadline is extended to Monday, March 16, 2026.